IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY FONG,<br><br>    Petitioner,<br><br>vs.<br><br>MICHAEL PALLARES, Acting Warden, Central California Women's Facility,<br><br>    Respondent. | No. 2:20-cv-00857-JKS<br><br>ORDER<br>[Re: Motion at Docket No. 24] |

  This Court denied Wendy Fong, a state prisoner proceeding *pro se*, habeas relief and a certificate of appealability on January 25, 2021. Docket Nos. 21, 22. Fong filed an undated and unsigned notice of appeal with this Court, which was docketed on February 26, 2021. Docket No. 23. At Docket No. 24, Fong filed a request for a certificate of appealability. Because this Court has already denied Fong a certificate of appealability, it appears that she inadvertently filed her motion with this Court rather than the Court of Appeals.

  **IT IS THEREFORE ORDERED THAT** the Clerk of Court is respectfully directed to transfer Fong's Motion for a Certificate of Appealability at Docket No. 24 to the Ninth Circuit Court of Appeals.

  Dated: March 17, 2021.

                  /s/James K. Singleton, Jr.
                  JAMES K. SINGLETON, JR.
                  Senior United States District Judge